MINUTE ENTRY
MILAZZO, J.
APRIL 27, 2022

JS-10 00:26

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-35 |
| BRIAN JONES | SECTION "H" |

### <u>SENTENCING</u>
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Toni Tusa |
| LAW CLERK: | Emmy Schroeter |

APPEARANCES:   Kathryn McHugh, for Government
Gaynell Williams, for Defendant
Brian Jones, Defendant
Shalita Morgan, U.S. Probation Officer

Court begins at 9:42 am.
Counsel appear for the record.
On October 19, 2021 defendant entered into a guilty plea as to Counts 1, 2, and 3 of the Second Superseding Indictment.
Victim impact statement read on the record.
Defendant's counsel and the Government address the Court.
Defendant is sentenced as to Counts 1, 2, and 3 of the Second Superseding Indictment.
Defendant remanded.
See Judgment and Commitment Order.
Court adjourned at 10:08 am.

